# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:15-cv-00990-GMN-VCF<br>) |
| vs. | ) **ORDER**<br>) |
| MARTIN MIR, an individual, | )<br>) |
| Defendant. | )<br>)<br>) |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Cam Ferenbach (ECF No. 19), which states that Plaintiff Las Vegas Sands Corporation's Motion for Default Judgment (ECF No. 15) should be granted. The R&R further recommends that Plaintiff be awarded damages in the amount of $20,000.00, and that Ascio Technologies, Inc. and Verisign, Inc. be required to permanently transfer the registrations for the www.venetian-lasvegas.com and www.thevenetian-macau.com domain names to Plaintiff, or upon Plaintiff's request, to immediately and permanently cancel the registrations for the domain names. Lastly, the R&R recommends that final judgment be entered against Defendant Martin Mir.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is

1  not required to conduct "any review at all . . . of any issue that is not the subject of an
2  objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized
3  that a district court is not required to review a magistrate judge's report and recommendation
4  where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,
5  1122 (9th Cir. 2003).

6  Here, no objections were filed, and the deadline to do so has passed.

7  Accordingly,

8  **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is
9  **ACCEPTED and ADOPTED in full**.

10  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No.
11  15) is **GRANTED**.

12  **IT IS FURTHER ORDERED** that Plaintiff is hereby awarded damages in the amount
13  of $20,000.00.

14  **IT IS FURTHER ORDERED** that Ascio Technologies, Inc. and Verisign, Inc. are
15  hereby required to permanently transfer the registrations for the www.venetian-lasvegas.com
16  and www.thevenetian-macau.com domain names to Plaintiff, or upon Plaintiff's request, to
17  immediately and permanently cancel the registrations for the domain names.

18  The Clerk is instructed to enter judgment accordingly and close the case.

20  **DATED** this __18__ day of July, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court